UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN ANGELA WINDHAM EL,<br>Plaintiff,<br>v.<br>CRISTENE C. SCHONEFELD, et al.,<br>Defendants. | Case No. 25-cv-04241-RS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This order concerns a Report and Recommendation to dismiss pro se Plaintiff Rosalyn Angela Windham El's complaint without prejudice for failure to prosecute. Plaintiff did not consent to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c), and so the Report and Recommendation is before the district judge for final disposition.

On July 8, 2025, the magistrate judge granted Plaintiff's application for leave to proceed *in forma pauperis* but screened the complaint pursuant to 28 U.S.C. § 1915(e) and found that the court lacked subject matter jurisdiction. Plaintiff was ordered to show cause in writing why the case should not be dismissed for lack of subject matter jurisdiction by July 29, 2025. Dkt. 8 at 4. Plaintiff was warned that failure to respond may result in a recommendation that her action be dismissed. No response has been filed. Thereafter the magistrate judge issued a Report and Recommendation, recommending that the entire action be dismissed with prejudice pursuant to Federal Rule of Procedure 37. Plaintiff's deadline to file any objections to the Report and Recommendation has expired, and Plaintiff has not responded. Good cause appearing, the

magistrate judge's Report and Recommendation is adopted in full, and this action is dismissed without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 29, 2025

RICHARD SEEBORG
Chief United States District Judge